```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  05-21208-CIV-LENARD
                         MAGISTRATE P. A. WHITE
```

VINCENT FAUSTINO RIVERA,         :

      Plaintiff,                :

v.                               :         REPORT OF
                                           MAGISTRATE JUDGE
JUDICIAL CONFERENCE ET AL,       :

      Defendants.               :
_____

      This Cause is before the Court upon the referral by United States District Judge Joan Lenard (DE#10)of the pro- se plaintiff's Motion to reopen judgment and memorandum of law. (DE#9).

      The pro se plaintiff, Vincent Faustino Rivera, has filed at least forty-one (41) civil rights complaints in this Court. Many of his complaints have been dismissed for failure to state a claim, and at least twenty (20) of his last complaints have been dismissed as successive, in violation of the PLRA rule of three strikes pursuant to 28 U.S.C. 1915(g).

      In this case, the plaintiff's complaint was frivolous, and successive, and the complaint was dismissed pursuant to 28 U.S.C. §1915(g), on May 11, 2005. A dismissal pursuant to 28 U.S.C. §1915 (g) does not bar the plaintiff from the Court, but does not allow him to proceed in forma pauperis. If the plaintiff pays the Clerk's $350.00 filing fee, he may proceed. The only exception to this rule is if the plaintiff can show he is in immediate danger. The plaintiff has failed to demonstrate that his situation constitutes an exception to the procedural bar.

The plaintiff has now filed, over two and half years later, a motion to reopen his case, pursuant to 60(b). This motion is out of time. See: Fed.R.Civ.P. 60(b). Further, the motion does not contain any substantive reason to reopen this case. In support of his motion to reopen, Rivera states that the CIA has destroyed videotapes of secret torture interrogations of suspected Al Qaeda terrorists, there is a massive cover up of the "CIAS 911 scheme", and that despite an order to preserve evidence of torture and abuse of prisoners at Guantanamo Bay, tapes have ben destroyed. Rivera reiterates claims raised in his other cases, that the department of corrections, and its employed medical doctors are selling pharmaceuticals on the open market. None of these claims constitute a violation of his constitutional rights, nor do they demonstrate that he falls under the exception of multiple filing.

It is therefore recommended that this motion to reopen the judgment (DE#9) be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 9th day of January, 2008.

                                                 UNITED STATES MAGISTRATE JUDGE

cc:   Vincent Faustino Rivera, Pro Se
      DC #518548
      Florida State Prison
      Raiford, FL 32026-1000
      Address of Record